KATHRYN E. VAN HOUTEN (143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 8:17-cv-01773-JLS-DFMx |
| Plaintiff, | DEFAULT JUDGMENT |
| vs. | |
| KENNETH J. CALDRETTI | |
| Defendant. | |

In the above-entitled action, the Clerk of this Court having entered on <u>December 11, 2017</u>, a default against Defendant, KENNETH J. CALDRETTI for failure to respond or appear, and a declaration on behalf of Plaintiff having been filed satisfying the requirements of Rule 55:

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant KENNETH J. CALDRETTI the sum of $15,216.45 in principal, $3,295.54 in accrued prejudgment interest through December 14, 2017 with interest accruing from October 10, 2017 at the rate of 3.500 % per annum until entry of judgment, with interest thereafter at the legal rate, $00.00 in administration charges, $465.50 in costs, less debtor payments of $00.00,

///

///

1

plus $1,512.98 in attorney's fees for a total judgment of $20,490.47.

KIRY K. GRAY, CLERK
U.S. District Court
Central District of California

DATED: 12/15/2017   By: /s/ Lori Wagers

Deputy Clerk